UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
REBECCA VIEBROCK,

                     Plaintiff,

      -against-

MICHAEL D. DENDY d/b/a DENDY & ASSOCIATES, LLC,

                    Defendant.
-------------------------------------------------------------------X

Case No. 07 Civ. 7824

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear on behalf of Michael D. Dendy d/b/a Dendy & Associates, LLC, a defendant in the captioned action. Please serve all pleadings and papers served or to be served on behalf of the plaintiff upon the undersigned at the address indicated below.

Dated: October 10, 2007

                                            McElroy, Deutsch, Mulvaney & Carpenter, LLP

                                            By _____
                                            Carol A. Pisano, Esq. (CP-1076)
                                            *Attorneys for Defendant*
                                            88 Pine Street, 24th Floor
                                            New York, New York 10005
                                            Telephone (212) 483-9490
                                            Facsimile: (212) 483-9490
                                            Email: cpisano@mdmc-law.com

TO:    Amir J. Goldstein (AG-2888)
         Attorney for Plaintiff
         591 Broadway, #3A
         New York, New York 11012
         Telephone: 212-966-5253
         Facsimile: 212-941-8566