UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
REBECCA VIEBROCK,

                                Plaintiff,

    -against-

MICHAEL D. DENDY d/b/a DENDY & ASSOCIATES,
LLC,

                                Defendant.
-----------------------------------------------------------------X

Case No. 07 Civ. 7824

## CIVIL ACTION - CERTIFICATION OF SERVICE

I, Dayse Rodriguez, am employed by the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for defendant, in the within matter.

On October 10, 2007 I served true and accurate copies of the within **Notice of Appearance** and this certification of service upon the following, in accordance with the Federal Rules of Civil Procedure and the electronic filing rules of the United States District Court, Southern District of New York:

    Amir J. Goldstein (AG-2888)
    Attorney for Plaintiff
    591 Broadway, #3A
    New York, New York 11012
    Telephone: 212-966-5253
    Facsimile: 212-941-8566

I HEREBY CERTIFY that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: October 10, 2007

                                                    Dayse Rodriguez