UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
REBECCA VIEBROCK,

                Plaintiff,

    -against-

MICHAEL D. DENDY d/b/a DENDY & ASSOCIATES,
LLC

                Defendant.
-------------------------------------------------------------------X

Case No.: 07 Civ. 7824

DEFENDANT'S STATEMENT
PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, the undersigned counsel for defendant Michael D. Dendy d/b/a Dendy & Associates, LLC certifies that Dendy & Associates, LLC has no parent corporation and there is no publicly held corporation that owns 10% or more of Dendy & Associates, LLC's stock.

Date: October 15, 2007

                                                              Carol A. Pisano (CP-1076)
                                                              Attorney for Defendant
                                                              88 Pine Street, 24th Floor
                                                             New York, New York 10005
                                                              Telephone: 212.483.9490
                                                              Fax: 212.483.9129
                                                              E-mail: cpisano@mdmc-law.com

TO:    Amir J. Goldstein (AG-2888)
         Attorney for Plaintiff
         591 Broadway, #3A
         New York, New York 11012
         Telephone: 212-966-5253
         Facsimile: 212-941-8566