

**AMIR J. GOLDSTEIN, ESQ.**
ATTORNEY AT LAW
591 Broadway, Suite 3A
New York, New York 10012
Tel: (212) 966-5253  Fax: (866) 288-9194

November 13, 2007

Via Facsimile Only : (212) 805-6717
Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl street, Room 21D
New York, New York 10007

    *RE: Viebrock v. Dendy et al., SDNY 07 CV 7824*

Dear Judge Berman:

    In accordance with the Court Rules and as per my recent conversation with Andrew Brettler, of Chambers, I am writing to request an adjournment of the initial conference currently scheduled for tomorrow morning at 9:15am.

    I am currently out of State and will not be able to attend the conference. I recently spoke with Defendant's counsel who advised, that due to a family emergency, she would be unable to attend the conference as well and would consent to any changes.

    I respectfully request that the conference be adjourned to some time convenient to the Court in early December. In the alternative, I can avail myself to appear by telephone if it is in the Court's interest to address the issues in this case at an earlier time.

    The Court's consideration with this matter is greatly appreciated.

Very truly yours,

S/
Amir J. Goldstein
Attorney for Plaintiff

AJG/adr

cc: Carol Pisano, Esq., Attorney for Defendant
    Via Electronic Mail

Conference Adjourned until 12/3/07 at 9:00 A.M.

SO ORDERED:
Date: 11/13/07
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07