# MEMO ENDORSED

> ADJOURNED UNTIL 12/19/07 AT 9:15 A.M. PLAINTIFF TO FILE STIPULATION OF TRANSFER PRIOR TO THAT DATE.
>
> SO ORDERED:
> Date: 11/30/07
> Richard M. Berman
> Richard M. Berman, U.S.D.J.

**AMIR J. GOLDSTEIN, ESQ.**
ATTORNEY AT LAW
591 Broadway, Suite 3A
New York, New York 10012
Tel: (212) 966-5253 Fax: 1-866-675-3103

November 29, 2007

Via Facsimile Only : (212) 805- 6717
Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl street, Room 21D
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

RE: *Viebrock v. Dendy et al.*, SDNY 07 CV 7824

Dear Judge Berman:

    As plaintiff's counsel, I am writing to advise the Court of the status of the case thus far. Defendant has requested a transfer of venue and despite efforts to reach her, has been unavailable do to a family emergency. Concomitantly, I have discussed the matter with local counsel in Wisconsin, and in an effort to conserve on judicial costs and resources, plaintiff will consent to the transfer should the parties find no other means of resolving the case in this district.

    In addition, I would request that the conference currently scheduled for December 3, 2007 be cancelled or further adjourned to December 19, 2007, to save on time and legal cost so that the matter be transferred forthwith.

    The Court's consideration with this matter is greatly appreciated.

Very truly yours,

S/
Amir J. Goldstein
Attorney for Plaintiff

AJG/adr

cc: Carol Pisano, Esq., Attorney for Defendant
    Via Electronic Mail



RECEIVED
NOV 29 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.