USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

REBECCA VIEBROCK,

Case No.  07 Civ. 7824

        Plaintiff,

    -against-

MICHAEL D. DENDY d/b/a DENDY & ASSOCIATES, LLC,

STIPULATION TO TRANSFER CASE

        Defendant.

----------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED,** that this matter be transferred to a competent *Federal* court in the State of Wisconsin.  In so doing, the defendant does not waive *, except acknowledges service of process.* any rights ~~that he may have to seek, to collect, attorney's fees he has incurred in~~

~~————————————————————————~~                *RMB*

~~————————————————————————~~

~~————————————————————————~~

~~————————————————————————~~ *The Clerk is respectfully requested to transfer this case to Eastern District of Wisconsin Federal Court.*

Dated:   December 19, 2007

Amir J. Goldstein (AG-2888)
*Attorney for Plaintiff*

By _____
591 Broadway, #3A
New York, New York 11012
Telephone:  212-966-5253
Facsimile:  212-941-8566

McElroy, Deutsch, Mulvaney & Carpenter, LLP

By _____
Carol A. Pisano, Esq. (CP-1076)
*Attorneys for Defendant*
88 Pine Street, 24th Floor
New York, New York 10005
Telephone (212) 483-9490
Facsimile (212) 483-9490
Email: cpisano@mdmc-law.com

SO ORDERED:
_____
RICHARD M. BERMAN U.S.D.J.
12/19/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2007